**Jason J. COLLINS, Defendant Below–Appellant,**

**v.**

---

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 209, 2015**

Supreme Court of Delaware.

Submitted: November 12, 2015
Decided: January 6, 2016

DISMISSED.

---

■

**Floyd MILLS, Defendant Below, Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 177, 2015**

Supreme Court of Delaware.

Submitted: November 16, 2015
Decided: January 6, 2016

AFFIRMED.